599 A.2d 972

**Nicholas John NIGRO, Petitioner,**

v.

**REMINGTON ARMS COMPANY, INC., Respondent.**

Supreme Court of Pennsylvania.

Nov. 8, 1991.

## ORDER

PER CURIAM.

Petition for Allowance of Appeal is granted limited to petitioner's claim that the trial court failed to address all of the issues raised in his post-trial motions.

This case is remanded to the Court of Common Pleas of Allegheny County, Civil Division at No. GD 82–20776 for disposition of plaintiff's remaining post-trial issues which were not addressed by the trial court.

Jurisdiction is relinquished.